dant's hiatus from conspiracy failed to demonstrate affirmative withdrawal).

We have examined the entire record in accordance with the requirements of *Anders* and have found no meritorious issues for appeal. Accordingly, we affirm the judgment of the district court. This court requires that counsel inform Naidu, in writing, of the right to petition the Supreme Court of the United States for further review. If Naidu requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on Naidu. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*AFFIRMED.*

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Faulks appeals the district court's order dismissing his complaint for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Faulks v. Guilmartin,* No. 2:11–cv–00551–MSD–TEM (E.D.Va. Oct. 19, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Joe FAULKS, Plaintiff–Appellant,**

v.

**Deputy GUILMARTIN, Sergeant; Deputy Cox, Corporal; Deputy Kidd, Hearing Officer, Defendants–Appellees.**

No. 11–7472.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 9, 2012.

Decided: Feb. 14, 2012.

Joe Faulks, Appellant pro se.

**Kevin C. NAUNDORF, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security Administration, Defendant–Appellee,**

and

**SSA Notify, Party–in–Interest.**

No. 11–1646.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2012.

Decided: Feb. 14, 2012.

